JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMADOU DIAKITE,<br>Petitioner,<br>v.<br>DEBRA ASUNCION, Warden,<br>Respondent. | Case No. 2:16-cv-04256-DSF-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting the Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

12/11/17

DATED: _____

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE